66,147-02

RE:

TX. Court of Criminal APPEALS
P.O. BOX 1208 CAPITAL STATION
Austin, Tx. 78711

Dear Sir or Madams

I have wrote the 409th Dist. ct. in EL
Paso, Tx. And send them a motion for Dis-
covery under T.C.C.P. $ 39.14 and rule #6
of Federal Rules of Criminal procedure
because I am preparing A Mandamus for
Review in your Court. They Are hendering
my efforts by not ackowledging me. They
have unlawfully confined me and do not
want you to become aware. Under rule 28
USCA $ 2250 I have asked for copies from
them also and they have ignored me. What
can I do?

Yours Truly
Darrell Roberts 1273928
1098 S. Hwy. 2037 Pecos, Co.,
P.T. Stockton, Tx, 79735
Dal Rts Pro-se

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 24 2015

Abel Acosta, Clerk